<div style="text-align:center">

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

</div>

Walter J. Fleischer, Jr.
Matthew C. Moench
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
500 Campus Drive
Florham Park, NJ 07932-1047
Telephone:  (973) 360-1100
Facsimile: (973) 360-9831

| | |
|---|---|
| E85, Inc., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CIMID Corporation,<br><br>　　　　　　　　Defendant. | Civil Action No.<br><br>**E85, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff E85, Inc. ("E85") certifies that E85's parent corporation is Energy Project (Mauritius) Limited, a Mauritius corporation.  No publicly held corporation owns ten (10) percent or more of E85's stock.

<div style="margin-left:50%">

DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
500 Campus Drive
Florham Park, NJ 07932-1047
Attorneys for Plaintiff


By: /s/ Walter J. Fleischer, Jr.
　　　Walter J. Fleischer. Jr.

</div>

Dated: September 3, 2008