UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Walter J. Fleischer, Jr.
Matthew C. Moench
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
500 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

Andrew A. Guy (admitted *pro hac vice*)
Darcie C. Durr  (admitted *pro hac vice*)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500

Attorneys for Plaintiffs

| | |
|---|---|
| E85, Inc., a Delaware corporation, and INDUSTRIAL TANK BUILDERS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CIMID Corporation, a New Jersey corporation,<br><br>Defendant. | Civil Action No. 08-cv-04411-FSH-MAS<br><br>**INDUSTRIAL TANK BUILDERS LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Industrial Tank Builders LLC ("ITB") certifies that ITB is wholly owned by Bold Investments.  No publicly held corporation owns ten (10) percent or more of ITB's stock.

                                                DRINKER BIDDLE & REATH LLP
                                                Attorneys for Plaintiffs

                                                By: /s/ Walter J. Fleischer, Jr.
                                                      Walter J. Fleischer. Jr.

Dated: September 18, 2009